UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MARIBEL RODRIGUEZ,<br><br>Defendant | Criminal No. 20cr10302<br><br>Violations:<br><br>Counts One through Four: Theft of Government Money<br>(18 U.S.C. § 641)<br><br>Counts Five and Six: False Statements<br>(18 U.S.C. § 1001(a)(2))<br><br>Forfeiture Allegation:<br>(18 U.S.C. § 981(a)(1)(C) and<br>28 U.S.C. § 2461(c)) |

## INDICTMENT

### COUNT ONE
Theft of Government Money
(18 U.S.C. § 641)

The Grand Jury charges:

From in or about April 2012 through in or about January 2019, in the District of Massachusetts, the defendant,

MARIBEL RODRIGUEZ,

did, on a recurring basis, knowingly and willfully embezzle, steal, purloin, and convert to her use and the use of another, money and thing of value of the United States and of any department and agency thereof, in a total amount greater than $1,000, namely, Social Security benefits, having a value of approximately $68,223.80.

All in violation of Title 18, United States Code, Section 641.

COUNT TWO
Theft of Government Money
(18 U.S.C. § 641)

The Grand Jury further charges:

From in or about April 2012 through in or about January 2019, in the District of Massachusetts, the defendant,

MARIBEL RODRIGUEZ,

did, on a recurring basis, knowingly and willfully embezzle, steal, purloin, and convert to her use and the use of another, money and thing of value of the United States and of any department and agency thereof, in a total amount greater than $1,000, namely, MassHealth benefits, having a value of approximately $1,908.77.

All in violation of Title 18, United States Code, Section 641.

## COUNT THREE
### Theft of Government Money
### (18 U.S.C. § 641)

The Grand Jury further charges:

From in or about February 2007 through in or about January 2019, in the District of Massachusetts, the defendant,

### MARIBEL RODRIGUEZ,

did, on a recurring basis, knowingly and willfully embezzle, steal, purloin, and convert to her use and the use of another, money and thing of value of the United States and of any department and agency thereof, in a total amount greater than $1,000, namely, Supplemental Nutritional Assistance Program benefits, having a value of approximately $21,790.

All in violation of Title 18, United States Code, Section 641.

## COUNT FOUR
## Theft of Government Money
## (18 U.S.C. § 641)

The Grand Jury further charges:

From in or about February 2007 through in or about January 2019, in the District of Massachusetts, the defendant,

## MARIBEL RODRIGUEZ,

did, on a recurring basis, knowingly and willfully embezzle, steal, purloin, and convert to her use and the use of another, money and thing of value of the United States and of any department and agency thereof, in a total amount greater than $1,000, namely, Section 8 Housing Assistance benefits, having a value of approximately $161,277.

All in violation of Title 18, United States Code, Section 641.

<u>COUNT FIVE</u>
False Statements
(18 U.S.C. § 1001(a)(2))

The Grand Jury further charges:

On or about June 2, 2016, in the District of Massachusetts, the defendant,

MARIBEL RODRIGUEZ,

knowingly and willfully made a materially false, fictitious and fraudulent statement and representation in a matter within the jurisdiction of the executive branch of the Government of the United States, that is, she reported to the Social Security Administration that she lived alone. The statement was false because, as RODRIGUEZ then and there knew, she lived with her spouse, M.M.

All in violation of Title 18, United States Code, Section 1001(a)(2).

5

## COUNT SIX
## False Statements
## (18 U.S.C. § 1001(a)(2))

The Grand Jury further charges:

On or about May 2, 2017, in the District of Massachusetts, the defendant,

## MARIBEL RODRIGUEZ,

knowingly and willfully made a materially false, fictitious and fraudulent statement and representation in a matter within the jurisdiction of the executive branch of the Government of the United States, that is, she reported to the Marlborough Community Development Authority that she was the only member of her household. The statement was false because, as RODRIGUEZ then and there knew, she lived with her spouse, M.M.

All in violation of Title 18, United States Code, Section 1001(a)(2).

## FORFEITURE ALLEGATION
(18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c))

The Grand Jury further finds:

1. Upon conviction of one or more of the offenses in violation of Title 18, United States Code, Section 641, set forth in Counts One through Four, the defendant,

MARIBEL RODRIGUEZ,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the offenses. The property to be forfeited includes, but is not limited to, the following asset:

    a. $253,199.57, to be entered in the form of a forfeiture money judgment.

2. If any of the property described in Paragraph 1, above, as being forfeitable pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), as a result of any act or omission of the defendant --

    a. cannot be located upon the exercise of due diligence;
    b. has been transferred or sold to, or deposited with, a third party;
    c. has been placed beyond the jurisdiction of the Court;
    d. has been substantially diminished in value; or
    e. has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 28, United States Code, Section 2461(c), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in Paragraph 1 above.

All pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c).

A TRUE BILL

_____
FOREPERSON

_____
KAREN B. BURZYCKI
SPECIAL ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF MASSACHUSETTS

District of Massachusetts:   NOVEMBER 24, 2020
Returned into the District Court by the Grand Jurors and filed.

/s/ Thomas F. Quinn  11/24/20 @ 4:30pm
DEPUTY CLERK